UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| CARL LEE CALLEGARI,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>STEVE CAMBRA; et al.,<br><br>    Defendants - Appellees. | No. 05-15674<br>D.C. No. CV-01-00566-FCD/KJM<br><br><br>ORDER |

FILED

MAY 27 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

This appeal has been taken in good faith [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: May 26, 2005